Hugh A. McCabe, SBN 131828
David P. Hall, SBN 196891
NEIL, DYMOTT, FRANK,
   MCFALL & TREXLER
A Professional Law Corporation
1010 Second Avenue, Suite 2500
San Diego, CA 92101-4959
P 619.238.1712
F 619.238.1562

Attorneys for Defendants
FRIJOUF, RUST & PYLE, P.A. and ROBERT F. FRIJOUF

FILED
08 MAR 17 PM 3:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____cr_____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURE BIOSCIENCE, a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>FRIJOUF, RUST & PYLE, P.A., a Florida Professional Association, ROBERT F. FRIJOUF, an individual, and does 1 through 50 inclusive,<br><br>    Defendants. | CASE NO. 08 CV 0489 W CAB<br><br>NOTICE OF REMOVAL FROM STATE COURT UNDER 28 U.S.C. § 1441(a) |

TO CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT Defendants Frijouf, Rust & Pyle, P.A. and Robert F. Frijouf, by and through their attorneys of record, hereby remove to this Court the state court action described below:

    1.    On February 19, 2008, a lawsuit entitled <u>Pure Bioscience v. Frijouf, Rust & Pyle, P.A., et al.</u> was filed in the Superior Court of the State of California County of San Diego, East

1

1. County Division and assigned Case Number 37-2008-00061993-CU-MC-EC. A copy of the Complaint is attached as Exhibit A.

2. Frijouf, Rust & Pyle, P.A., a Florida Professional Association, improperly denominated as "Frijouf, Rust & Pyle, P.A., a partnership," has been named as a Defendant pursuant to the Complaint in the action.

3. Robert F. Frijouf, the sole shareholder of Frijouf, Rust & Pyle, P.A. has been named as a Defendant pursuant to the Complaint in the action.

4. Frijouf, Rust & Pyle, P.A. is now, and has been continuously at all relevant times, a Professional Association organized under the laws of the State of Florida with its principle place of business located in Tampa, Florida.

5. Robert F. Frijouf is now, and has been continuously at all relevant times, a citizen of the State of Florida.

6. To the knowledge and belief of Defendant, Plaintiff is a California Corporation with a principal place of business at 1725 Gillespie Way, El Cajon, California 92020.

7. The matter in controversy exceeds the sum or value of $75,000.00 (Seventy-Five Thousand Dollars) exclusive of interest and costs.

8. In particular, Plaintiff seeks a declaratory judgment against Defendants establishing a contract between the parties is *void ab initio.*

9. In actions seeking declaratory relief, it is well established that the amount in controversy is measured by the value of the object of the litigation. *Cohn v. Petsmart, Inc.*, 281 F.3d 837, 840 (9th Cir. 2002); *Hunt v. Wash. State Apple Adver. Comm'n*, 432 U.S. 333, 347, 53 L. Ed. 2d 383, 97 S. Ct. 2434 (1977); *McNutt v. General Motors Acceptance Corp.*, 298 U.S. 178, 181 (1936); *Glenwood Light & Water Co. v. Mutual Light, Heat & Power Co.*, 239 U.S. 121, 126 (1915); *Hunt v. New York Cotton Exchange*, 205 U.S. 322, 336 (1907).

10. Here, the object of the litigation is a contract calling for compensation to Defendant for legal services rendered to the benefit of Plaintiff. Plaintiff now seeks a declaratory judgment establishing that the contract is *void ab initio*. The value to the Defendant of the contract is the amount due Defendant pursuant to the contract. The amount due Defendant pursuant to the contract greatly exceeds $75,000.00 (Seventy-Five Thousand Dollars) and is believed to be on the order of one million dollars ($1,000,000).

11. This action is removable to this Court pursuant to 28 U.S.C. § 1441(a) in that this action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a). There is complete diversity of citizenship and the amount in controversy will exceed $75,000.00.

12. This Notice of Removal is filed within thirty (30) days after receipt by Defendant of the Complaint and is filed within one year of the commencement of this action as required by 28 U.S.C. § 1446(b).

Dated: March 14, 2008

NEIL, DYMOTT, FRANK,
MCFALL & TREXLER
A Professional Law Corporation

By: _____
Hugh A. McCabe
David P. Hall
Attorneys for Defendants
FRIJOUF, RUST & PYLE, P.A. and
ROBERT F. FRIJOUF

**EXHIBIT A**

```
                                                    FILED
                                              EAST COUNTY DIVISION
CHARLES E. BRUMFIELD, ESQ. (CA Bar #56636)
1725 Gillespie Way                            2008 FEB 19 PM 3:09
El Cajon, CA 92020
Phone: (619) 596-8600 x138                    CLERK-SUPERIOR COURT
Fax:    (619) 596-8790                        SAN DIEGO COUNTY, CA

Attorney for Plaintiff,
PURE BIOSCIENCE
```

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

(East County Division)

| | |
|---|---|
| PURE BIOSCIENCE, a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FRIJOUF, RUST & PYLE P.A., a Partnership, Robert F. Frijouf, an individual, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case Number:　37-2008-00061993-CU-MC-EC<br><br>DECLARATORY RELIEF RE PURPORTED LEGAL FEE AGREEMENT(S) |

Plaintiff PURE BIOSCIENCE, a California corporation (hereinafter "PURE" or "Plaintiff") alleges as follows:

### FIRST CAUSE OF ACTION
(Declaratory Relief)

1.　PURE is a public corporation with its principal place of business at 1725 Gillespie Way, El Cajon, California 92020.

2.　Defendant Frijouf, Rust & Pyle P.A. is and at all times herein mentioned was a legal partnership purporting to represent certain interests of PURE. Robert F. Frijouf was the lead attorney for PURE within the referenced firm. The "contract" sought to be interpreted

herein was purportedly entered into in San Diego County and defendants have conducted business in said county.

2. An actual controversy has arisen and now exists in that Defendants assert entitlement to collect fees from PURE in respect to certain purported oral agreements and/or written confirmation thereof. PURE contends that the purported oral agreements or written confirmation thereof are void *ab initio* as a result of fraud in the inducement, terminated by virtue of material breach, and/or otherwise unenforceable or wholly offset due to Defendants' asserted breach of fiduciary or ethical duties, breach of the attorney duty of confidentiality, attorney conflict of interest, improper legal licensure, legal malpractice, attorney fraud and/or sharp practice.

3. A judicial determination of the respective rights and obligations of the parties under the agreement(s) is necessary and appropriate to resolve the foregoing controversy.

4. PURE asserts that the foregoing controversy is the proper province of arbitration before Jack Fitzmaurice in his capacity as Compliance Monitor for that certain "Core Settlement Agreement." Plaintiff will stand down from this litigation upon Defendants' agreement to so submit.

**WHEREFORE**, Plaintiff prays as follows:

1. For an order determining the Parties' rights and obligations under the purported agreement(s); and
2. For any other relief determined to be appropriate by the Court.

Respectfully submitted,

Dated: February 19th, 2008

C. Brumfield
CHARLES E. BRUMFIELD,
Attorney for PURE

Complaint For Declaratory Relief

2

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
FRIJOUF, RUST & PYLE P.A., a Partnership, ROBERT F. FRIJOUF, an individual, and DOES 1 through 50, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
PURE BIOSCIENCE, a California Corporation

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
EAST COUNTY DIVISION
2008 FEB 19 PM 3:09
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO, EAST COUNTY DIVISION
250 E. Main Street, El Cajon, CA 92020

CASE NUMBER: *(Número del Caso):* 37-2008-00061993-CU-MC-EC

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
CHARLES E. BRUMFIELD, ESQ. (56636)
1725 Gillespie Way, El Cajon, CA 92020 Phone: 619-596-8600 x138 Fax: 619-596-8790

DATE: FEB 19 2008    Clerk, by G. Miller, Deputy Clerk, Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | |
|---|---|
| STREET ADDRESS: | 250 East Main Street |
| MAILING ADDRESS: | 250 East Main Street |
| CITY AND ZIP CODE: | El Cajon, CA 92020 |
| BRANCH NAME: | East County |
| TELEPHONE NUMBER: | (619) 441-4694 |

| PLAINTIFF(S) / PETITIONER(S): | Pure Bioscience |
|---|---|
| DEFENDANT(S) / RESPONDENT(S): | Frijouf Rust & Pyle PA et.al. |

PURE BIOSCIENCE VS. FRIJOUF RUST & PYLE PA

| NOTICE OF CASE ASSIGNMENT | CASE NUMBER: 37-2008-00061993-CU-MC-EC |
|---|---|

Judge: Laura W. Halgren         Department: E-15

**COMPLAINT/PETITION FILED:** 02/19/2008

### CASES ASSIGNED TO THE PROBATE DIVISION ARE NOT REQUIRED TO COMPLY WITH THE CIVIL REQUIREMENTS LISTED BELOW

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT).

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

**TIME STANDARDS:** The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil consists of all cases except: Small claims appeals, petitions, and unlawful detainers.

**COMPLAINTS:** Complaints must be served on all named defendants, and a CERTIFICATE OF SERVICE (SDSC CIV-345) filed within 60 days of filing. This is a mandatory document and may not be substituted by the filing of any other document.

**DEFENDANT'S APPEARANCE:** Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than a 15 day extension which must be in writing and filed with the Court.)

**DEFAULT:** If the defendant has not generally appeared and no extension has been granted, the plaintiff must request default within 45 days of the filing of the Certificate of Service.

THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO LITIGATION, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. MEDIATION SERVICES ARE AVAILABLE UNDER THE DISPUTE RESOLUTION PROGRAMS ACT AND OTHER PROVIDERS. SEE ADR INFORMATION PACKET AND STIPULATION.

YOU MAY ALSO BE ORDERED TO PARTICIPATE IN ARBITRATION PURSUANT TO CCP 1141.10 AT THE CASE MANAGEMENT CONFERENCE. THE FEE FOR THESE SERVICES WILL BE PAID BY THE COURT IF ALL PARTIES HAVE APPEARED IN THE CASE AND THE COURT ORDERS THE CASE TO ARBITRATION PURSUANT TO CCP 1141.10. THE CASE MANAGEMENT CONFERENCE WILL BE CANCELLED IF YOU FILE FORM SDSC CIV-359 PRIOR TO THAT HEARING

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br>— Charles E. Brumfield, Esq. (56636) <br>1725 Gillespie Way <br>El Cajon, CA 92020 | FOR COURT USE ONLY <br><br>**FILED** <br>EAST COUNTY DIVISION <br><br>2008 FEB 19  PM 3:09 <br><br>CLERK-SUPERIOR COURT <br>SAN DIEGO COUNTY, CA |
|---|---|
| TELEPHONE NO.: 619-596-8600 x138   FAX NO.: 619-596-8790 <br>ATTORNEY FOR *(Name)*: Pure Bioscience | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego <br>STREET ADDRESS: 250 E. Main St. <br>MAILING ADDRESS: 250 E. Main St. <br>CITY AND ZIP CODE: El Cajon, CA 92020 <br>BRANCH NAME: East County Division | |
| CASE NAME: <br>PURE BIOSCIENCE v. FRIJOUF, RUST & PYLE P.A. | |

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☑ Unlimited   ☐ Limited <br>(Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | ☐ Counter   ☐ Joinder <br>Filed with first appearance by defendant <br>(Cal. Rules of Court, rule 3.402) | 37-2008-00061993-CU-MC-EC <br>JUDGE: <br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☑ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☐ monetary   b. ☑ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify)*: One - Declaratory Relief
5. This case ☐ is ☑ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related cases. (You may use form CM-015.)

Date: 02-19-08
Charles E. Brumfield, Esq.
(TYPE OR PRINT NAME)                                              ▶ C E Brumfield
                                                                                     (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use <br>Judicial Council of California <br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; <br>Cal. Standards of Judicial Administration, std. 3.10 <br>www.courtinfo.ca.gov |
|---|---|---|

American LegalNet, Inc.
www.FormsWorkflow.com

```
         UNITED STATES
         DISTRICT COURT
      SOUTHERN DISTRICT OF CALIFORNIA
           SAN DIEGO DIVISION

       # 148827      - KD
       * * C O P Y * *
         March 17, 2008
            16:01:26


          Civ Fil Non-Pris
   USAO #.: 08CV0489-W
   Amount.:              $350.00 CK
   Check#.: BC 8063



       Total-> $350.00


   FROM: CIVIL FILING
         BIOSCIENCE V. FRIJOUF, ET AL
```

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Pure Bioscience

## DEFENDANTS
Frijouf, Rust & Pyke, P.A., Robert F. Frijouf

08 MAR 17 PM 2:59

'08 CV 0489 W CAB

**(b)** County of Residence of First Listed Plaintiff ~~United States~~ San Diego Co.
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant ~~United States~~ Florida
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Charles E. Brumfield
1725 Gillespie Way
El Cajon, CA 92020
(619) 596-8600 x138

Attorneys (If Known)
Hugh A. McCabe
Neil, Dymott, Frank, McFall & Trexler
1010 Second Ave., Suite 2500
San Diego, CA 92101
(619) 238-1712

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
(Place an "X" in One Box for Plaintiff and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [X] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- [ ] 362 Personal Injury - Med. Malpractice
- [ ] 365 Personal Injury - Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 444 Welfare
- [ ] 445 Amer. w/Disabilities- Employment
- [ ] 446 Amer. w/Disabilities- Other
- [ ] 440 Other Civil Rights

**PRISONER PETITIONS**
- [ ] 510 Motion to Vacate Sentence
- Habeas Corpus:
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt. Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 1332(a) and 1441(a)
Brief description of cause: Declaratory Relief Claim for a breach of contract.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 0.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] YES [X] NO

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: March 14, 2008
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 148827    AMOUNT $350    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____