Hugh A. McCabe, SBN 131828
David P. Hall, SBN 196891
NEIL, DYMOTT, FRANK,
   MCFALL & TREXLER
A Professional Law Corporation
1010 Second Avenue, Suite 2500
San Diego, CA 92101-4959
**P** 619.238.1712
**F** 619.238.1562

Attorneys for Defendants
FRIJOUF, RUST & PYLE, P.A. and ROBERT F. FRIJOUF

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PURE BIOSCIENCE, a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>FRIJOUF, RUST & PYLE, P.A., a Florida Professional Association, ROBERT F. FRIJOUF, an individual, and does 1 through 50 inclusive,<br><br>    Defendants. | CASE NO.   08 CV 0489 W CAB<br><br>**DECLARATION OF PROOF OF SERVICE** |

     I, the undersigned, am employed in the county of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 1010 Second Avenue, Suite 2500, San Diego, California, 92101.

    On March 24, 2008, I caused to be served the following document(s) described as follows:

    1.   **ANSWER TO COMPLAINT FOR DECLARATORY RELIEF**;

on the parties in this action by placing a true copy in a sealed envelope addressed as follows:

Charles E. Brumfield, Esq.
1725 Gillespie Way
El Cajon, CA 92020
619.596.8600 x 138 Phone
619.596.8790 Fax

☒ **BY MAIL** - As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.  The envelope was sealed and placed for collection and mailing on this date following our ordinary practices.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY CERTIFIED MAIL, Return Receipt Requested** - As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.  The envelope was sealed and placed for collection and mailing on this date following our ordinary practices.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.  The envelope was sent Certified, return receipt requested.

☐ **BY FAX** - As follows:  I personally sent to the addressee's telecopier number a true copy of the above-described documents.  Thereafter I sent a true copy in a sealed envelope addressed and mailed as indicated above.

Executed on March 24, 2008, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

                //s//Hugh A. McCabe
                Hugh A. McCabe