Charles E. Brumfield, CSB #56636
1725 Gillespie Way
El Cajon, CA 92020
Tel: (619) 596-8600 x138
Fax: (619) 596-8790

Attorney for PURE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURE BIOSCIENCE, a California corporation, | **CASE NO.: 08-CV-00489 W (CAB)** |
| Plaintiff, | |
| vs. | **PURE'S REQUEST FOR TRIAL BY JURY** |
| FRIJOUF, RUST, & PYLE, P.A., a Florida professional association, ROBERT F. FRIJOUF, an individual, | |
| Defendants. | |

Plaintiff PURE BIOSCIENCE respectfully requests trial by jury of any existing or hereinafter amended cause or causes of action amenable thereto.

DATED: March 27, 2008                                        Respectfully submitted,

                                                             **s/ Charles Brumfield**
                                                             Attorney for Plaintiff
                                                             Email: lawceb@purebio.com

1

08-CV-00489 W (CAB)

Charles E. Brumfield, CSB #56636
1725 Gillespie Way
El Cajon, CA 92020
Tel: (619) 596-8600 x138
Fax: (619) 596-8790

Attorney for PURE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURE BIOSCIENCE, a California corporation, | **CASE NO.: 08-CV-00489 W (CAB)** |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| FRIJOUF, RUST, & PYLE, P.A., a Florida professional association, ROBERT F. FRIJOUF, an individual, | |
| Defendants. | |

  I hereby certify that on March 27, 2008, I caused the following documents to be filed electronically through the Court's CM/ECF system:

1. **PURE'S REQUEST FOR TRIAL BY JURY**

Notification of such filing was sent to the attorney of record for Defendant(s) by way of the Court registered user's email address, by and through the CM/ECF system, which generated and sent a "Notice of Electronic Filing."

Dated: March 27, 2008

                 **s/ Charles E. Brumfield**
                 Attorney for PURE
                 E-mail: lawceb@purebio.com