Hugh A. McCabe, SBN 131828
David P. Hall, SBN 196891
NEIL, DYMOTT, FRANK,
    MCFALL & TREXLER
A Professional Law Corporation
1010 Second Avenue, Suite 2500
San Diego, CA 92101-4959
**P** 619.238.1712
**F** 619.238.1562

Attorneys for Defendants
FRIJOUF, RUST & PYLE, P.A. and ROBERT F. FRIJOUF

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PURE BIOSCIENCE, a California Corporation, | CASE NO.   08 CV 0489 W CAB |
| Plaintiff, | **NOTICE OF RELATED CASE** |
| vs. | Hon.  Thomas Whelan |
| FRIJOUF, RUST & PYLE, P.A., a Florida Corporation, ROBERT F. FRIJOUF, an individual, and does 1 through 50 inclusive, | Ctrm: 7 |
| Defendants. | |

TO THE ABOVE ENTITLED COURT:

Pursuant to Local Rule 40.1(e), Defendants Frijouf, Rust & Pyle, P.A. and Robert F. Frijouf hereby give notice of the existence of a related case. The related case is entitled *Frijouf, Rust & Pyle, P.A. v. Pure Bioscience*. It was filed on March 13, 2008 in the United States District Court, Middle District of Florida, Tampa Division and assigned case number 08-cv-0477 JSM MSS (the "Florida Litigation").

Said Defendants believe the Florida Litigation is a related case because it involves the same parties and similar issues.  The Florida Litigation is a dispute over a Pure Bioscience's issuance of stock rights to Frijouf, Rust & Pyle, P.A under a "Confirmation of Oral Agreement."  The Conformation is a compromise of Frijouf, Rust & Pyle, P.A's performance of legal work on behalf of Pure Bioscience.  The Florida Litigation also includes a quantum meriut claim for legal services.

In this litigation, Pure Bioscience is seeking a declaration of rights of its obligations under "certain purported oral agreements and/or written confirmation thereof."  Compl. ¶ 2.  Presumably, Pure Bioscience's claims involve the same or related agreements which are at issue in the Florida Litigation.

Dated:     March 31, 2008

NEIL, DYMOTT, FRANK,
MCFALL & TREXLER
A Professional Law Corporation


By:      //s// Hugh A. McCabe
         Hugh A. McCabe
         David P. Hall
         Attorneys for Defendants
         FRIJOUF, RUST & PYLE, P.A. and
         ROBERT F. FRIJOUF