1  Hugh A. McCabe, SBN 131828
2  David P. Hall, SBN 196891
   NEIL, DYMOTT, FRANK,
3      MCFALL & TREXLER
   A Professional Law Corporation
4  1010 Second Avenue, Suite 2500
   San Diego, CA 92101-4959
5  **P** 619.238.1712
   **F** 619.238.1562
6

7  Attorneys for Defendants
   FRIJOUF, RUST & PYLE, P.A. and ROBERT F. FRIJOUF
8

9
                     **UNITED STATES DISTRICT COURT**
10
                    **SOUTHERN DISTRICT OF CALIFORNIA**
11

12 | PURE BIOSCIENCE, a California Corporation, | ) ) | CASE NO.  08 CV 0489 W CAB |
   | --- | --- | --- |
13 | Plaintiff, | ) ) ) | **DECLARATION OF PROOF OF SERVICE** |
14 | vs. | ) ) |  |
15 | FRIJOUF, RUST & PYLE, P.A., a Florida Professional Association, ROBERT F. FRIJOUF, an individual, and does 1 through 50 inclusive, | ) ) ) ) ) ) |  |
18 | Defendants. | ) |  |

19

20

21      I, the undersigned, am employed in the county of San Diego, State of California.  I am over

22 the age of 18 and not a party to the within action; my business address is 1010 Second Avenue, Suite

23 2500, San Diego, California, 92101.

24      I electronically filed the following documents:

25      1.    **NOTICE OF RELATED CASE**;

26 with the Clerk of the United States District Court for the Southern District of California,

27 using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the

28 foregoing filing to the following parties and counsel of record who are registered with the Court's

CM/ECF System:

- **Charles E. Brumfield**
  lawceb@purebio.com

Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                     //s//Hugh A. McCabe
                                     Hugh A. McCabe