UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURE BIOSCIENCE, a California corporation,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FRIJOUF, RUST & PYLE, P.A., a Florida professional association; and ROBERT F. FRIJOUF, an individual,<br><br>　　　　　　　　　　　　　　Defendants. | Civil No.　08cv489 W (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

　　　　An Early Neutral Evaluation was held on April 28, 2008, and counsel for all parties represented the case has settled.  Accordingly, IT IS HEREBY ORDERED:

　　　　1.　　A Joint Motion for Dismissal shall be electronically filed on or before **June 9, 2008**.[1]  On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Thomas J. Whelan, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

　　　　2.　　If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before June 9, 2008, then a Settlement Disposition Conference shall be held

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed orders.

on **June 10, 2008**, at **9:00 a.m.** before Judge Bencivengo. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Defendants shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before June 9, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

**IT IS SO ORDERED**.

DATED: April 29, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge