1  Charles E. Brumfield, CSB #56636
   1725 Gillespie Way
2  El Cajon, CA 92020
   Tel: (619) 596-8600 x138
3  Fax: (619) 596-8790

4  Attorney for PURE

5

6               UNITED STATES DISTRICT COURT

7               SOUTHERN DISTRICT OF CALIFORNIA

8

9  PURE BIOSCIENCE, a California corporation,    )    CASE NO.: 08-CV-00489 W (CAB)
                                                  )
10                                                )
                      Plaintiff,                  )
11                                                )    JOINT STIPULATION OF DISMISSAL
   vs.                                            )    PURSUANT TO FED. R. P. 41(a)(1)(ii)
12                                                )
                                                  )
13 FRIJOUF, RUST, & PYLE, P.A., a Florida        )
   professional association, ROBERT F. FRIJOUF,  )
14 an individual,                                 )
                                                  )
15                                                )
                      Defendants.                 )
16

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

1  Pursuant to the terms of the approved Mutual Release of Claims signed by the Parties, the
2  parties hereto jointly stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), to an order dismissing this
3  entire case with prejudice, and each hereby waives any right to appeal or otherwise contest any order
4  of the Court entered pursuant thereto. The parties shall each bear their own fees and cost associated
5  with this litigation.

Respectfully submitted,

_____  
Charles E. Brumfield,  
Attorney for Pure Bioscience

_____  
Hugh A. McCabe,  
Attorney for Frijouf, Rust & Pyle, P.A and Robert Frijouf

Dated: May 5, 2008

Dated: May 5, 2008

IT IS SO ORDERED

DATED: _____

_____  
UNITED STATES DISTRICT JUDGE