FILED
08 MAY -6 PM 3:27
[U.S. DISTRICT COURT stamp]
DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURE BIOSCIENCE,<br><br>                Plaintiff,<br><br>v.<br><br>FRIJOUF, RUST, & PYLE, P.A., et al.,<br><br>                Defendants. | CASE NO: 08-CV-00489 W (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. NO. 13]** |

On May 6, 2008, the parties filed a joint motion to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Good cause appearing, the Court **GRANTS** the parties' motion (Doc. No. 13). The parties shall each bear their own fees and costs associated with this litigation.

**IT IS SO ORDERED.**

DATE: May 6, 2008

_____
HON. THOMAS J. WHELAN
United States District Court
Southern District of California